G. EDGAR ALLEN, as Trustee in Bankruptcy of the Estate of WILLIAM H. GRAY, Appellant, *v.* WILLIAM H. GRAY, Individually and as Executor of WILLIAM GRAY, Deceased, et al., Respondents.

(Submitted April 24, 1911; decided May 2, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 504.)

---

THE FULTON LIGHT, HEAT AND POWER COMPANY et al., Respondents, *v.* THE STATE OF NEW YORK, Appellant.

(Submitted April 24, 1911; decided May 2, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 200 N. Y. 400.)